Fedora SCHINTZUIS, as admx., etc., plff., v. LACKAWANNA STEEL CO., deft. (Supreme Court, Appellate Division, Fourth De-

partment. April 19, 1916.) Plaintiff's exceptions sustained and motion for new trial granted, with costs to plaintiff to abide event. Held, that the plaintiff made out a case for the jury. All concur.